# United States Court of Appeals for the Fifth Circuit

_____

No. 24-60505
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 5, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Cheri Jessica Cox,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:19-CR-41-1

_____

Before Wiener, Willett, and Wilson, *Circuit Judges.*

Per Curiam:[*]

Plaintiff-Appellant Cheri Jessica Cox, federal prisoner # 21628-043, appeals the district court's denial of her motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). Cox requested a sentence reduction to correct unwarranted sentence disparities between sentences involving actual methamphetamine and those involving methamphetamine mixtures. She

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-60505

also argued that her rehabilitation and prison conditions due to the COVID-19 pandemic warranted a reduction.

In addition to denying Cox's motion based on her failure to demonstrate extraordinary and compelling reasons, the district court also denied relief on the basis that a weighing of the 18 U.S.C. § 3553(a) factors did not warrant relief. Cox's assertion before this court that her post-sentencing rehabilitation, low risk of recidivism, reentry plan, and the future need to avoid unwarranted sentencing disparities amounts to a disagreement with the district court's balancing of the § 3553(a) factors, which does not warrant reversal. *See United States v. Chambliss*, 948 F.3d 691, 694 (5th Cir. 2020). Because the § 3553(a) factor analysis independently supports the district court judgment, we need not address whether Cox established "extraordinary and compelling" reasons to reduce her sentence. *See United States v. Jackson*, 27 F.4th 1088, 1093 n.8 (5th Cir. 2022) (noting this court routinely affirms the denial of a compassionate release motion "where the district court's weighing of the [§] 3553(a) factors can independently support its judgment").

AFFIRMED.